**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: CHRISTINE M. BENDER          §     Case No. 08-72295
                                    §
                                    §
                                    §
          Debtors                   §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/22/2008.

2) The plan was confirmed on 10/03/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/18/2009.

6) Number of months from filing or conversion to last payment: 7.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,000.00.

10) Amount of unsecured claims discharged without full payment: $14,824.26.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

Case 08-72295    Doc 40    Filed 07/27/09    Entered 07/27/09 10:07:03    Desc Main
                                  Document      Page 2 of 5

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 25,591.52 | |
| Less amount refunded to debtor | $ 24.23 | |
| **NET RECEIPTS** | | $ 25,567.29 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,966.24 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,466.24 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| CORNERSTONE COMMUNITY | Sec | 1,500.00 | 2,445.98 | 2,445.98 | 2,445.98 | 120.02 |
| CORNERSTONE COMMUNITY | Uns | 946.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HOME LOAN SERVICES INC | Sec | 11,178.00 | 11,885.51 | 0.00 | 0.00 | 0.00 |
| WACHOVIA DEALER SERVICES | Sec | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 147.21 |
| WACHOVIA DEALER SERVICES | Uns | 500.00 | 549.19 | 549.19 | 549.19 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 258.93 | 358.93 | 358.93 | 358.93 | 0.00 |
| ACCOUNTS RECEIVABLE SERVICE | Uns | 258.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Uns | 3,322.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK, N.A. | Uns | 303.10 | NA | NA | 0.00 | 0.00 |
| ARS RECOVERY SERVICES LLC | Uns | 1,183.21 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED BANK | Uns | 189.06 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 86.87 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 179.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 272.54 | 272.54 | 272.54 | 272.54 | 0.00 |
| EVERGREEN PROFESSIONAL | Uns | 262.28 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 909.00 | 418.59 | 418.59 | 418.59 | 0.00 |
| HARLEM HIGH SCHOOL | Uns | 714.45 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROUNDUP FUNDING LLC | Uns | 479.00 | 2,470.07 | 2,470.07 | 2,470.07 | 0.00 |
| HSBC BANK N/A | Uns | 522.72 | 490.91 | 490.91 | 490.91 | 0.00 |
| INTERNATIONAL PREPAID CA. | Uns | 36.00 | NA | NA | 0.00 | 0.00 |
| JOHN BUTLER MC SC | Uns | 301.00 | 301.00 | 301.00 | 301.00 | 0.00 |
| MULFORD DENTAL GROUP LTD | Uns | 463.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 1,054.75 | 1,045.00 | 1,045.00 | 1,045.00 | 0.00 |
| NICOR GAS | Uns | 824.02 | 802.01 | 802.01 | 802.01 | 0.00 |
| OSF LIFELINE AMBULANCE | Uns | 431.21 | NA | NA | 0.00 | 0.00 |
| OSF ST. ANTHONY MEDICAL | Uns | 530.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN IMMEDIATE CARE | Uns | 316.00 | NA | NA | 0.00 | 0.00 |
| PLAZA ASSOCIATES | Uns | 85.22 | NA | NA | 0.00 | 0.00 |
| RMH PATHOLOGISTS LTD | Uns | 34.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 219.00 | 203.00 | 203.00 | 203.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 91.50 | NA | NA | 0.00 | 0.00 |
| ROCKFORD INFECTIOUS DISEASE | Uns | 1,155.00 | 1,155.00 | 0.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 730.11 | 3,109.46 | 3,109.46 | 3,109.46 | 0.00 |
| ROCKFORD ORTHOPEDIC | Uns | 994.00 | NA | NA | 0.00 | 0.00 |
| SAINT ANTHONY MEDICAL CTR | Uns | 173.00 | 530.00 | 530.00 | 530.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 214.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 594.43 | 645.92 | 645.92 | 645.92 | 0.00 |
| TARGET STORES | Uns | 645.00 | NA | NA | 0.00 | 0.00 |
| UNION PLUS CREDIT CARD | Uns | 2,470.07 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU, | Uns | 307.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORPORATION | Uns | 418.59 | NA | NA | 0.00 | 0.00 |
| VANDERBILT MORTGAGE | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| VINCENT ZAMMUTO, DDS, LTD. | Uns | 290.70 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 491.71 | 491.71 | 491.71 | 0.00 |
| COLUMBIA GAS OF OHIO INC | Uns | 0.00 | 674.96 | 674.96 | 674.96 | 0.00 |
| NATIONAL CAPITAL | Uns | 0.00 | 524.55 | 524.55 | 524.55 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,945.98 | $ 6,945.98 | $ 267.23 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 6,945.98 | $ 6,945.98 | $ 267.23 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 12,887.84 | $ 12,887.84 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 5,466.24 |
| Disbursements to Creditors | $ 20,101.05 |
| **TOTAL DISBURSEMENTS:** | $ 25,567.29 |

UST Form 101-13-FR-S (4/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  07/22/2009          By:  /s/ Lydia S. Meyer
                                                 Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)